UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:10CR540(JCH) |
| JAMES MEAD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **May 9, 2011**, in the courtroom of the undersigned at 9 a.m.

Dated this 1st day of April, 2011

      \s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE